UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELE DOUGLAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-4571 |
| | § | |
| TEXAS CHILDREN'S HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's motion for a continuance, Docket No. 20. The motion is hereby **GRANTED**, and the parties are hereby advised of the following deadlines:

| | |
|---|---|
| Close of Discovery | February 27, 2006 |
| Dispositive Motions Deadline | March 30, 2006 |
| Joint Pretrial Order and Motions in Limine | May 8, 2006 |
| Trial | May 22, 2006 |

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1