UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELE DOUGLAS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-04-4571 |
| TEXAS CHILDREN'S HOSPITAL, | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Pursuant to the agreement of the parties, Plaintiff's unopposed motion for voluntary dismissal is hereby **GRANTED**. Plaintiff's claims against Defendant are hereby **DISMISSED**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 8th day of February, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1